# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 22-2077 Melissa Racklin v. Zeta Global Corp. |
| **Originating No. & Caption** | 1:21cv01035 Melissa Racklin v. Zeta Global Corp. |
| **Originating Court/Agency** | U.S.D.C. for the Eastern District of Virginia (Alexandria Div.) |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | September 14, 2022 | |
| Date notice of appeal or petition for review filed | October 13, 2022 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ☉ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ☉ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ◉ Yes | ○ No |
| Has transcript been filed in district court? | ◉ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ◉ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| In this employment dispute, the Amended Complaint alleged Fraud in the Inducement (Count I), Breach of Contract/Unjust Enrichment (commissions) (Counts II-III), Breach of Contract/Unjust Enrichment and Virginia Wage Payment Act (administrative leave and commissions) (Counts IV-VII), Discrimination and Hostile Work Environment in Violation of Title VII (Count VIII), and Retaliation and Constructive Discharge in Violation of Title VII (Count IX). |
| Defendant filed a Motion for Summary Judgment under Federal Rule of Civil Procedure 56 requesting the District Court to enter summary judgment in its favor on all Counts in the Amended Complaint.  By Memorandum Opinion and Order of September 14, 2022, the District Court granted the Motion for Summary Judgment and entered judgment as a matter of law in favor of Defendant on all Counts in the Amended Complaint.  This appeal challenges the District Court's summary judgment decision. |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

Whether, upon de novo review, the District Court's decision to grant Defendant's Motion for Summary Judgment should be reversed and the case remanded for further proceedings.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: Zeta Global Corp. | Adverse Party: Zeta Global Corp. |
| Attorney: Paul Anthony Werner, III<br>Address: SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>2099 Pennsylvania Ave., Suite 100<br>Washington, D.C. 20006 | Attorney:<br>Address: PLEASE SEE ATTACHED ADDENDUM |
| E-mail: pwerner@sheppardmullin.com | E-mail: |
| Phone: (202) 747-1900 | Phone: |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party: | Adverse Party: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Melissa Racklin<br><br>Attorney: Carla D. Brown<br>Address: Charlson Bredehoft Cohen<br>  Brown & Nadelhaft, PC<br>  11260 Roger Bacon Drive, Suite 201<br>  Reston, VA 20190<br><br>E-mail: cbrown@cbcblaw.com<br><br>Phone: (703) 318-6800 | Name: Melissa Racklin<br><br>Attorney: Peter C. Cohen<br>Address: Charlson Bredehoft Cohen<br>  Brown & Nadelhaft, PC<br>  11260 Roger Bacon Drive, Suite 201<br>  Reston, VA 20190<br><br>E-mail: pcohen@cbcblaw.com<br><br>Phone: (703) 318-6800 |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /S/ CARLA D. BROWN     **Date:** 10/27/2022

**Counsel for:** Appellant, Melissa Racklin

---

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

|   |   |
|---|---|
|   |   |

Signature: /S/ CARLA D. BROWN     Date: 10/27/22

# MELISSA RACKLIN v. ZETA GLOBAL CORP.
# 22-2077

## ADDENDUM TO DOCKETING STATEMENT

Eric Raphan, Esq.
eraphan@sheppardmullin.com
Lindsay C. Stone, Esq.
lstone@sheppardmullin.com
Ryan Jennifer Munitz, Esq.
rmunitz@sheppardmullin.com
Imad Sayed Matini, Esq.
imatini@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., Suite 100
Washington, D.C. 20006
Tel.: (202) 747-1900
Fax: (202) 747-1901

Jonathan Stoler, Esq.
jstoler@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 634-3043 (tel)
(212) 655-1743 (fax)

*Attorneys for Adverse Party/Appellee, Zeta Global Corp.*