# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| **ROBIN R. TIDWELL** | **EDWARD G. SMITH** | **JEROME (JERRY) WOODS, II** |
|---|---|---|
| CIRCUIT MEDIATOR | CHIEF CIRCUIT MEDIATOR | CIRCUIT MEDIATOR |
| LEXINGTON, SOUTH CAROLINA | 207 17TH AVENUE, NORTH<br>NORTH MYRTLE BEACH, SC 29582<br>(843) 491-3621<br>Edward_Smith@ca4.uscourts.gov | ELKRIDGE, MARYLAND |

February 1, 2023

Re: 22-2077, Melissa Racklin v. Zeta Global Corp.

Dear Counsel:

    In an ongoing effort to enhance the quality of services we provide to the bench, bar, and litigants, we ask that you please take a few minutes to complete the online **Survey** and click the SUBMIT button on the form.

    We especially welcome any suggestions you may have regarding improvement of the program. Your survey response will go directly to the program administrator who is charged with the responsibility of compiling the results of the surveys for internal use.

    Your responses will not reach the mediator in a form that compromises your anonymity unless you request a conference with the chief mediator or the mediator.

    With many thanks in advance, I am

Sincerely yours,

Lucille Payne
Program Administrator

Copies:    Carla Denette Brown
               Jonathan H. Stoler
               Lindsay C. Stone